PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-PO-0051 AC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| EDUARDO R. SUMANO, | |
| Defendant. | |

    Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's four-page *ex parte* motion for *in camera* inspection of personnel matters for a government witness shall be SEALED until further order of this Court.

    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves compelling interests. The Court further finds that, in the absence of closure, the compelling interests identified by the government would

///
///
///
///

1  be harmed. The Court further finds that there are no additional alternatives to sealing the government's
2  motion that would adequately protect the compelling interests identified by the government.

4  Dated: June 5, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE