PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>EDUARDO R. SUMANO,<br><br>       Defendant. | CASE NO.  2:24-PO-0051 AC<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES'S EX PARTE MOTION |

Based upon the Court's *in camera* review of the United States's four-page *ex parte* motion and the representations contained therein, the Court GRANTS the United States's motion.  Specifically, the Court finds that the personnel matter described in the motion is not admissible under F.R.E. 608 and that the United States need not produce it in discovery.

Dated: June 5, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE